UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Judiann Calkin,

                Plaintiff,                  25-CV-09699 (KMK)

    -v-

                                              CALENDAR NOTICE

Orange County Cerebral Palsy
Association, Inc.,

                Defendant(s).
-------------------------------------------------------X

Please take notice that the above captioned action has been scheduled for a status

conference before the Honorable Kenneth M. Karas, United States District Judge,

on Friday, April 3, 2026 at 12:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number
at the designated time:

Meeting Dial-In Number (USA toll-free): (605) 472-5160   Access Code: 4653066

Dated: March 19, 2026
       White Plains, New York

                                So Ordered

                                _____
                                Kenneth M. Karas, U.S.D.J.